APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY MAYER

V.

DRIVER SOLUTIONS, INC., et al.

Civil Action
No: 2:10-cv-01939-JCJ

## DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, DRIVER SOLUTIONS, INC. , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

6/17/10                          /s/ Jacob M. Sitman
---------                        --------------------
  Date                              Signature

            Counsel for: DRIVER SOLUTIONS, INC.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

   (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2) promptly file a supplemental statement if any required information changes.

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY MAYER
   V.                                              Civil Action
DRIVER SOLUTIONS, INC., et al.                     No: 2:10-cv-01939-JCJ

## DISCLOSURE STATEMENT FORM

Please check one box:

[X]   The nongovernmental corporate party, DRIVER SOLUTIONS, LLC
      , in the above listed civil action does not have any parent corporation and
      publicly held corporation that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, _____
      , in the above listed civil action has the following parent corporation(s) and
      publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

6/17/10                                /s/ Jacob M. Sitman
   Date                                   Signature

                    Counsel for: DRIVER SOLUTIONS, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
         two copies of a disclosure statement that:
         (1)   identifies any parent corporation and any publicly held corporation
               owning10% or more of its stock;  or

         (2)   states that there is no such corporation.

   (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
         (1)   file the disclosure statement with its first appearance, pleading,
               petition, motion, response, or other request addressed to the court;
               and
         (2)   promptly file a supplemental statement if any required information
               changes.

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY MAYER

V.

DRIVER SOLUTIONS, INC., et al.

Civil Action
No: 2:10-cv-01939-JCJ

## DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, DRIVER HOLDINGS, LLC , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

6/17/10                                    /s/ Jacob M. Sitman
_____                          _____
   Date                                        Signature

                      Counsel for: DRIVER HOLDINGS, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:

(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:

(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

(2) promptly file a supplemental statement if any required information changes.

**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY MAYER

V.

DRIVER SOLUTIONS, INC., et al.

Civil Action
No: 2:10-cv-01939-JCJ

## DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, C&S ACQUISITION, INC._____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

6/17/10                                 /s/ Jacob M. Sitman
Date                                         Signature

Counsel for: C&S ACQUISITION, INC.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)    WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)    identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

        (2)    states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)    promptly file a supplemental statement if any required information changes.