IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| JEFFREY MAYER, individually and on behalf of those similarly situated, | CLASS ACTION |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 2:10-cv-01939 (JCJ) |
| DRIVER SOLUTIONS, INC., DRIVER SOLUTIONS, LLC, DRIVER HOLDINGS LLC, and C&S ACQUISITION, INC., | |
| Defendants. | |

### STIPULATED ORDER REGARDING MEDIATION AND REVISED BRIEFING SCHEDULE

WHEREAS, on June 1, 2011, this Court entered an Order, *inter alia*, permitting the parties to engage in limited discovery related to jurisdiction and venue and setting a briefing schedule for any renewed motion to dismiss or transfer venue; and

WHEREAS, the parties have engaged in significant discovery regarding jurisdiction and venue, and have requested that the Court grant a postponement of the existing briefing schedule to permit the parties an opportunity to explore settlement with the assistance of a private mediator in lieu of further litigation, in an attempt to conserve the parties limited resources and those of the Court;

NOW THEREFORE, the parties hereby stipulate, by and between the undersigned counsel and subject to the Court's approval, that:

1. Leave for the parties to engage in private mediation is hereby GRANTED;

2. If the case does not settle through mediation or otherwise, Defendants shall file any renewed motion to dismiss or transfer venue no later than September 30, 2011.

4567182

3.  Plaintiff's response to Defendants' motion shall be filed no later than October 14, 2011.

4.  Defendants shall file any reply to Plaintiff's opposition to the motion to dismiss no later than October 28, 2011.

| | |
|---|---|
| /s/ Jacob M. Sitman | /s/ Rachel Bien (with permission) |
| Jacob M. Sitman, Esquire | Rachel Bien, Esquire |
| | |
| Obermayer Rebmann Maxwell & Hippel LLP | Outten & Golden LLP |
| One Penn Center - 19th Floor | 3 Park Avenue - 29th Floor |
| 1617 John F. Kennedy Boulevard | New York, NY 10016 |
| Philadelphia, PA 19103 | Phone: (212) 245-1000 |
| Phone: (215) 665-3000 | *Admitted Pro Hac Vice* |
| Attorneys for Defendants | Attorneys for Plaintiff |

Date: __July 6, 2011__    Date: __July 6, 2011__

APPROVED BY THE COURT:

_____
Honorable J. Curtis Joyner, J.